UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEYER PROPERTIES, LP,<br>d/b/a BLUE MOUNTAIN MALL,<br><br>        Plaintiff,<br><br>     v.<br><br><br>JONES EMPORIUM, INC.,<br><br>        Defendant. | No. CT-03-5128-FVS<br><br>ORDER |

    **THIS MATTER** having come before the Court based upon the plaintiff's motion for entry of judgment against Jones Emporium, Inc.; and the Court having determined that judgment should be entered as provided by the order of April 18, 2005; Now, therefore

    **IT IS HEREBY ORDERED**:

    1. The plaintiff's motion for entry of judgment (**Ct. Rec. 75**) is granted.

    2. The District Court Executive shall enter judgment in favor of Meyer Properties, LP, against Jones Emporium, Inc., in the amount of Three Million Nine Hundred Seventy-Two Thousand Eight Hundred Sixty Dollars ($3,972,860.00). The judgment shall bear interest at the statutory rate from the date of entry.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

    **DATED** this  1st  day of August, 2005.

                                 s/Fred Van Sickle
                                  Fred Van Sickle
                      Chief United States District Judge

ORDER - 1